IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DAISE J. WOODS,                          :

        Plaintiff,                       :

vs.                                      :
                                              CIVIL ACTION 09-493-M
MICHAEL J. ASTRUE,                       :
Commissioner of
Social Security,                         :

        Defendant.                       :


JUDGMENT


It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Defendant Michael J. Astrue and against

Plaintiff Daise J. Woods.

DONE this 2nd day of March, 2010.



                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE