IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAISE J. WOODS, | : | |
| Plaintiff, | : | |
| vs. | : | |
| | | CIVIL ACTION 09-493-M |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of | | |
| Social Security, | : | |
| Defendant. | : | |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Daise J. Woods.

DONE this 2nd day of March, 2010.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE